# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:                          )
                                )   Case No. 14-30538-HJB
    Rita C. Krupa               )   Chapter 13
                                )
                                )
            Debtor              )
_____)

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The Debtor(s) hereby modify the Chapter 13 plan previously filed in this case as follows:

___ Unsecured dividend changed from % to %.

_X_ Plan payments are changed from $364.00 to $367.00 each month.

___ The term of the plan is reduced to ___ months.

_X_ The treatment of claims shall be changed as follows:

Georgetown Condominium Trust proof of claim in the amount of $8,178.81 filed March 27, 2015.

Notices to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

Dated:  May 12, 2015

_____        _____
                                        ATTORNEY FOR DEBTOR(S)

_____        _____
DEBTOR                                  ATTORNEY FOR CHAPTER 13 TRUSTEE

_____        _____
DEBTOR                                  ATTORNEY FOR CREDITOR